IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE FUSCO, | : | CIVIL ACTION |
| | : | NO. 08-2082 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY of the | : | |
| Commonwealth of Pennsylvania, | : | |
| EDWARD J. DONNELLY, | : | |
| THOMAS WALTMAN and OLIVER J. | : | |
| WILSON | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **18th day** of **December, 2009,** it is hereby **ORDERED** that Defendants' motion for summary judgment (doc. no. 18) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.